**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE: LEVESTER THOMPSON, M.D.　　　　　　　　　Case No. 04-33506-DOT
　　　　Chapter 7 Debtor

**<u>Memorandum Opinion</u>**

　　　　Harry Shaia Jr., chapter 7 trustee, moves the court to sell a 4.76 parcel of real property of this estate located in Brunswick County, Virginia, and more particularly described in the motion. On May 5, 2006, the court granted a motion of the trustee to sell this property at auction, and in accordance with the court's order the property was offered for sale at an auction held August 1, 2006. The successful bidder for the property bid the sum of $165,000.00 plus buyer's commission of $16,500.00. The sale was approved by order of the court entered August 18, 2006. Following an appeal by the debtor and others the order approving the sale was subsequently approved by the U. S. District Court. Because of delays caused in part by the appeal, the successful auction bidder eventually refused to close.

　　　　The trustee has now contracted to sell the property to General Iron & Steel Co., Inc., for a price of $145,000.00. The trustee gave notice of his motion to sell pursuant to this contract, and hearing was held June 11, 2008. Although no prior written objections to the motion were filed with the court, debtor appeared at hearing and orally stated his objection to the trustee's motion. The court allowed debtor time following the hearing to file a written objection. On June 23, 2008, debtor filed a short statement in opposition to the sale. Essentially, debtor objects to the sale of the subject property on the basis that the trustee should be able to pay all claims and administrative expenses of the estate from previous property sales.

　　　　As noted above, the court's earlier order authorizing the trustee to sell the real property

was affirmed on appeal to the district court. Although the current sale price is somewhat less than the auction bid, the trustee has done well, in light of current economic conditions, to obtain another substantial bid for the property. The court concurs in the trustee's request to sell the property.

A separate order approving the sale has been submitted by the trustee and will be entered by the court.

Signed: June 25, 2008.

/s/ Douglas O. Tice, Jr.
DOUGLAS O. TICE JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE

Copies to:

Harry Shaia Jr., Esquire
Spinella, Owings and Shaia, P.C.
8550 Mayland Drive
Richmond, Virginia 23294
Chapter 7 Trustee

Levester Thompson, MD
P.O. Box 187
Alberta, Virginia 23821

Robert B. Van Arsdale
Assistant U.S. Trustee
Office of the U.S. Trustee
600 East Main Street, Suite 301
Richmond, Virginia 23219

Stephen M. Freidberg
Special Assistant U.S. Attorney
600 East Main Street, Suite 1601
Richmond, Virginia 23219
Counsel for the IRS

Elliott P. Park, Esquire

1011 E. Main Street
Richmond, Virginia 23219
Counsel for Joseph Lewis

Bi-County Realty Corp
c/o C. Ridley Bain, Registered Agent
411 South Hill Street
Lawrenceville, Virginia 23868

Brunswick County
Russell O. Slayton, Jr., County Attorney
P.O. Box 580
Lawrenceville, Virginia 23868

CC & Plus, LLC
Levester Thompson, Registered Agent
9894 Boydton Plank Road
Alberta, Virginia 23821